PROB 12C
(6/16)

Report Date: April 6, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lawrence David Pogue          Case Number: 0980 2:16CR00034-WFN-3

Address of Offender:          Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 14, 2016

Original Offense:      Possession with Intent to Distribute 50 grams or more of Methamphetamine, 21 U.S.C. §
                       841(a)(1) and (b)(1)(B)(viii)

Original Sentence:     Prison - 60 months              Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:   Caitlin A. Baunsgard            Date Supervision Commenced: July 15, 2019

Defense Attorney:      Federal Defender's Office       Date Supervision Expires: July 14, 2024

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Pogue is alleged to have failed to appear for random urinalysis testing at Pioneer Human Services (PHS) on March 31, 2020.

On July 15, 2019, supervision commenced in this matter.  On July 17, 2019, Mr. Pogue reported to the U.S. Probation Office for an intake.  He signed his judgment relative to case number 2:16CR00034-WFN-3 acknowledging an understanding of his mandatory, standard, and special conditions of supervision.

On March 31, 2020, the color of the day for random urinalysis testing at PHS was gold 3, Mr. Pogue's assigned color for urinalysis testing.  On April 1, 2020, the undersigned officer was notified that Mr. Pogue failed to appear for his random urinalysis test.

Prob12C
**Re: Pogue, Lawrence David**
**April 6, 2020**
Page 2

2      **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Pogue is alleged to have used methamphetamine on April 3, 2020.

On July 15, 2019, supervision commenced in this matter. On July 17, 2019, Mr. Pogue reported to the U.S. Probation Office for an intake. He signed his judgment relative to case number 2:16CR00034-WFN-3 acknowledging an understanding of his mandatory, standard, and special conditions of supervision.

On April 3, 2020, Mr. Pogue submitted to urinalysis testing at PHS. The urine sample was presumptive positive for methamphetamine. He admitted to using methamphetamine and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/06/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/7/2020

Date