PROB 12C
(6/16)

Report Date: April 23, 2020

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Lawrence David Pogue | Case Number: | 0980 2:16CR00034-WFN-3 |
| Address of Offender: | | Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 14, 2016

Original Offense: Possession with Intent to Distribute 50 grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

Original Sentence:  Prison - 60 months                    Type of Supervision: Supervised Release
                    TSR - 60 months

Asst. U.S. Attorney:  Caitlin A. Baunsgard                Date Supervision Commenced: July 15, 2019

Defense Attorney:   Federal Defenders Office              Date Supervision Expires: July 14, 2024

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/06/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #2** : You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Pogue is alleged to have violated his conditions of supervised release by failing to participate in outpatient treatment at Pioneer Human Services (PHS) since March 12, 2020. |
| | On July 15, 2019, supervision commenced in this matter.  On July 17, 2019, Mr. Pogue reported to the U.S. Probation Office for an intake.  He signed his judgment relative to case number 2:16CR00034-WFN-3, acknowledging an understanding of his mandatory, standard, and special conditions of supervision. |

Prob12C
**Re: Pogue, Lawrence David**
**April 23, 2020**
**Page 2**

|   |   |
|---|---|
|   | On March 5, 2020, Mr. Pogue completed an assessment at PHS and began outpatient treatment on March 12, 2020. Since March 12, 2020, Mr. Pogue has failed to attend any treatment sessions as required, on the following dates: March 19, 26, 30 and 31, and April 2, 9, 16, and 21, 2020. |
| 4 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Mr. Pogue is alleged to have failed to appear for random urinalysis testing at PHS on April 22, 2020. |
|   | On July 15, 2019, supervision commenced in this matter. On July 17, 2019, Mr. Pogue reported to the U.S. Probation Office for an intake. He signed his judgment relative to case number 2:16CR00034-WFN-3 acknowledging an understanding of his mandatory, standard, and special conditions of supervision |
|   | On April 22, 2020, the color of the day for random urinalysis testing at PHS was gold 3, Mr. Pogue's assigned color for urinalysis testing. The undersigned officer was notified that Mr. Pogue failed to appear for his random urinalysis test, as directed. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/23/2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Pogue, Lawrence David**
**April 23, 2020**
**Page 3**

THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_____
Signature of Judicial Officer

4/23/2020
Date