PROB 12C
(6/16)

Report Date: May 5, 2020

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lawrence David Pogue | Case Number: 0980 2:16CR00034-WFN-3 |
| Address of Offender: , Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 14, 2016

Original Offense:    Possession with Intent to Distribute 50 grams or more of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | July 15, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | July 14, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/06/2020 and 04/23/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Pogue is alleged to have violated his conditions of supervised release by failing to submit to random urinalysis testing, as directed, on May 4, 2020. |
| | On July 15, 2019, supervision commenced in this matter.  On July 17, 2019, Mr. Pogue reported to the U.S. Probation Office for an intake.  He signed his judgment relative to case number 2:16CR00034-WFN-3, acknowledging an understanding of his mandatory, standard, and special conditions of supervision. |
| | On May 4, 2020, the color of the day for random urinalysis testing at Pioneer Human Services (PHS) was gold 3, Mr. Pogue's assigned color for urinalysis testing.  At approximately 3 p.m., the undersigned officer sent Mr. Pogue a message and reminded him to provide a urine sample at PHS.  At approximately 5:15 p.m., Mr. Pogue called this officer |

Prob12C
**Re: Pogue, Lawrence David**
May 5, 2020
Page 2

claiming he just received the undersigned officer's message, and admitted he had not called the color line to see if he needed to provide a urine sample. On May 5, 2020, The undersigned officer was notified that Mr. Pogue failed to appear for his random urinalysis test, as directed the day prior.

6   **Special Condition #2**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between supervising officer and treatment provider.

**Supporting Evidence**: Mr. Pogue is alleged to have violated his conditions of supervised release by failing to participate in outpatient treatment at PHS on April 22, 24, 27, and May 1, 2020.

On July 15, 2019, supervision commenced in this matter. On July 17, 2019, Mr. Pogue reported to the U.S. Probation Office for an intake. He signed his judgment relative to case number 2:16CR00034-WFN-3, acknowledging an understanding of his mandatory, standard, and special conditions of supervision.

Since submitting the previous violation report to the Court on April 23, 2020, Mr. Pogue has failed to participate or attend chemical dependency treatment at PHS. On April 22 and 24, 2020, Mr. Pogue was caught sleeping during treatment and not participating. On April 28, and May 1, 2020, Mr. Pogue was a "no show" for drug and alcohol treatment at PHS.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/05/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Pogue, Lawrence David**
**May 5, 2020**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

5/5/2020

Date