PROB 12C
(6/16)

Report Date: August 17, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lawrence David Pogue        Case Number: 0980 2:16CR00034-WFN-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 14, 2016

Original Offense:        Possession with Intent to Distribute 50 grams or more of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

Original Sentence:       Prison - 60 months;            Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Caitlin A. Baunsgard           Date Supervision Commenced: July 15, 2019

Defense Attorney:        Francisco Carriedo             Date Supervision Expires: July 14, 2024

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/06/2020, 04/23/2020, and 05/05/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

7 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 18, 2020, Mr. Pogue allegedly consumed methamphetamine.

On July 15, 2019, supervision commenced in this matter. On July 17, 2019, Mr. Pogue reported to the U.S. Probation Office for an intake. He signed his judgment relative to case number 2:16CR00034-WFN-3, acknowledging an understanding of his mandatory, standard, and special conditions of supervision.

On July 21, 2020, Mr. Pogue reported to the probation office prior to his scheduled revocation hearing before the Court. Mr. Pogue tested presumptive positive for methamphetamine after submitting to a urinalysis test. He admitted to consuming methamphetamine on July 18, 2020, and signed a drug use admission form.

Prob12C
**Re: Pogue, Lawrence David**
**August 17, 2020**
Page 2

| | |
|---|---|
| 8 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Pogue allegedly used methamphetamine on or about August 7, 2020. |
| | On July 15, 2019, supervision commenced in this matter. On July 17, 2019, Mr. Pogue reported to the U.S. Probation Office for an intake. He signed his judgment relative to case number 2:16CR00034-WFN-3, acknowledging an understanding of his mandatory, standard, and special conditions of supervision. |
| | On August 7, 2020, Mr. Pogue reported to Pioneer Human Services to submit to random urinalysis testing. The test was presumptive positive for methamphetamine. Mr. Pogue has been questioned several times regarding the presumptive positive urinalysis test and he continues to deny any drug use. On August 16, 2020, Alere Toxicology confirmed that the urine sample submitted on August 7, 2020, was positive for methamphetamine. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/17/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Pogue, Lawrence David**
**August 17, 2020**
Page 3

THE COURT ORDERS

- [ ]   No Action
- [X]   The Issuance of a Warrant
- [ ]   The Issuance of a Summons
- [X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]   Defendant to appear before the Judge assigned to the case.
- [X]   Defendant to appear before the Magistrate Judge.
- [ ]   Other

Signature of Judicial Officer

08/18/2020

Date