PROB 12C
(6/16)

Report Date: May 5, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lawrence David Pogue         Case Number: 0980 2:16CR00034-WFN-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 14, 2016

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months |

| | | | |
|---|---|---|---|
| | | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | July 15, 2019 |
| Defense Attorney: | Francisco Carriedo | Date Supervision Expires: | July 14, 2024 |

### PETITIONING THE COURT

To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**:  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Pogue violated his conditions of supervision by failing to appear for urinalysis testing on April 9 and 15, 2021.<br><br>On July 15, 2019, supervision commenced in this matter.  On July 17, 2019, Mr. Pogue reported to the U.S. Probation Office for an intake.  He signed his judgment relative to case number 2:16CR00034-WFN-3, acknowledging an understanding of his mandatory, standard, and special conditions of supervision.<br><br>On April 9, 2021, the color of the day for urinalysis testing at Pioneer Human Services was brown, Mr. Pogue's assigned color for urinalysis testing.  Mr. Pogue failed to appear as directed.  When he was confronted on failing to appear for urinalysis testing, he admitted he forgot to call. |

Prob12C
**Re: Pogue, Lawrence David**
**May 5, 2021**
**Page 2**

      On April 15, 2021, the color of the day for urinalysis testing at Pioneer Human Services was brown, Mr. Pogue's assigned color for urinalysis testing. Mr. Pogue failed to appear as directed

2    **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: It is alleged that Mr. Pogue violated his conditions of supervision by using methamphetamine on or about April 16 and 24, and May 4, 2021.

    On July 15, 2019, supervision commenced in this matter. On July 17, 2019, Mr. Pogue reported to the U.S. Probation Office for an intake. He signed his judgment relative to case number 2:16CR00034-WFN-3, acknowledging an understanding of his mandatory, standard, and special conditions of supervision.

    On April 19, 2021, the undersigned officer contacted Mr. Pogue by telephone to discuss his noncompliance with urinalysis testing. Mr. Pogue admitted to the undersigned officer that he used methamphetamine on or about April 16, 2021.

    On April 28, 2021, the undersigned officer contacted Mr. Pogue by telephone and directed him to submit to urinalysis testing at Pioneer Human Services. Mr. Pogue admitted to the undersigned officer that his urine sample "will probably be dirty," and admitted to using methamphetamine around April 24, 2021.

    Mr. Pogue submitted to urinalysis testing later that day at Pioneer Human Services, which yielded a positive result for methamphetamine. He signed an admission form admitting to the use of methamphetamine on or about April 24, 2021.

    On May 4, 2021, Mr. Pogue submitted to a urinalysis test at Pioneer Human Services which resulted in a presumptive positive result for methamphetamine. Mr. Pogue denied using methamphetamine, but admitted to taking a pill that was offered to him by a friend. Mr. Pogue admitted he was not prescribed the medication legally.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/05/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Pogue, Lawrence David**
**May 5, 2021**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_5/5/2021_____
Date