PROB 12C
(6/16)

Report Date: September 14, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lawrence David Pogue            Case Number: 0980 2:16CR00034-WFN-3

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇, Spokane, Washington 99217

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 14, 2016

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) |
| Original Sentence: | Prison - 60 months; TSR - 60 months       Type of Supervision: Supervised Release |
| Revocation Sentence (June 9, 2021) | Prison - 5 months; TSR - 55 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard       Date Supervision Commenced: October 4, 2021 |
| Defense Attorney: | Carter Liam Powers Beggs       Date Supervision Expires: May 3, 2026 |

### PETITIONING THE COURT

To issue a summons.

On October 6, 2021, Mr. Pogue signed his judgment acknowledging an understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged Mr. Pogue is in violation of his conditions of supervised release by using methamphetamine on the following dates: August 20, 29, and September 7, 2023.

On August 24, 2033, Mr. Pogue reported to the U.S. Probation Office to submit to urinalysis testing. The urine sample yielded a presumptive positive test for methamphetamine. He admitted to the use of methamphetamine on or around August 20, 2023, via written and verbal statements.

Prob12C
Re: Pogue, Lawrence David
September 14, 2023
Page 2

On August 30, 2023, Mr. Pogue reported to the U.S. Probation Office to submit to urinalysis testing. He admitted to the use of methamphetamine on or around August 29, 2023, via written and verbal statements.

On September 7, 2023, Mr. Pogue reported to the U.S. Probation Office to submit to urinalysis testing. The sample yielded a presumptive positive test for methamphetamine; however, Mr. Pogue denied any use of methamphetamine this time. The urine sample was sent to the contract laboratory for further testing, which was later confirmed positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 14, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9\14/2023
Date