PROB 12C
(6/16)

Report Date: February 5, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 05, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lawrence David Pogue    Case Number: 0980 2:16CR00034-WFN-3

Address of Offender: ███████████████    Spokane, Washington 99217

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 14, 2016

Original Offense:    Possession with Intent to Distribute 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

Original Sentence:    Prison - 60 months;    Type of Supervision: Supervised Release
                      TSR - 60 months

Revocation Sentence    Prison - 5 months;
(June 9, 2021)         TSR - 55 months

Asst. U.S. Attorney:    Caitlin A. Baunsgard    Date Supervision Commenced: October 4, 2021

Defense Attorney:    John Barto McEntire, IV    Date Supervision Expires: May 3, 2026

### PETITIONING THE COURT

To **issue a SUMMONS** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/14/2023.

On October 6, 2021, Mr. Pogue signed his judgment acknowledging an understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Pogue is in violation of his conditions of supervised release for using methamphetamine on the following dates: January 12, 22, 26, and February 1, 2024. |
| | On January 12, 2024, Mr. Pogue provided a urinalysis sample at the U.S. Probation Office, which returned positive from the contract laboratory for the presence of methamphetamine. |

Prob12C
Re: Pogue, Lawrence David
February 5, 2024
Page 2

On January 23, 2024, Mr. Pogue reported to the U.S. Probation Office and admitted to the use of methamphetamine on or around January 22, 2024. He signed an admission form.

On January 26, 2024, Mr. Pogue provided a urinalysis sample at Pioneer Human Services. The contract laboratory confirmed the urine sample to be positive for the presence of methamphetamine.

On February 2, 2024, Mr. Pogue reported to the U.S. Probation Office to submit to urinalysis testing and he admitted to the use of methamphetamine on February 1, 2024. He signed an admission form.

The U.S. Probation Office respectfully recommends the Court incorporates the violation(s) contained in this petition in future proceedings with the violation(s) previously submitted and **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 5, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

2/5/2024
Date