PROB 12C
(6/16)

Report Date:  March 27, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 27, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Lawrence David Pogue          Case Number: 0980 2:16CR00034-WFN-3

Address of Offender: ███████████, Spokane, Washington 99217

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 14, 2016

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence (June 9, 2021) | Prison - 5 months; TSR - 55 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 4, 2021 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: May 3, 2026 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/14/2023, and 02/05/2024.

On October 6, 2021, Mr. Pogue signed his judgment acknowledging an understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|  | **Supporting Evidence**: It is alleged Mr. Pogue violated his conditions of supervised release by failing to appear for urinalysis testing on March 19 and 25, 2024. |
|  | On March 19 and 25, 2024, the color of the day for urinalysis testing at Pioneer Human Services was gold, Mr. Pogue's assigned color for urinalysis testing. On both aforementioned dates, Mr. Pogue failed to appear for urinalysis testing. |

**Prob12C**
**Re: Pogue, Lawrence David**
**March 27, 2024**
**Page 2**

4          <u>**Special Condition #4**</u>: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

<u>Supporting Evidence</u>: It is alleged Mr. Pogue violated his conditions of supervised release by using methamphetamine on or around March 21 and 26, 2024.

On March 21, 2024, Mr. Pogue submitted to urinalysis testing after his appearance before Your Honor. The urinalysis test was confirmed positive by the contract laboratory for the presence of methamphetamine. Mr. Pogue has been questioned about this and he has denied illicit drug use.

Mr. Pogue reported to the probation office again on March 27, 2024, to submit to urinalysis testing. Prior to providing a sample, he admitted to using methamphetamine around March 26, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a <u>WARRANT.</u>**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     March 27, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[  ]     No Action
[X]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]     Other

Signature of Judicial Officer

3/27/2024

Date